JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5508BHS |
| Plaintiff, | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL |
| vs. | |
| ABRAM POTTS, | |
| Defendant. | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel be sealed.

DONE this 7th day of December, 2007.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ Russell V. Leonard
Russell V. Leonard
Attorney for Defendant

ORDER SEALING – page 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710